FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

98 MAY 22  AM 9:52

U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED

MAY 2 2 1998

| | | |
|---|---|---|
| HURLEY STATE BANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NUMBER |
| | ) | |
| SHARLENE TAYLOR, | ) | 97-C-2801-W |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM OPINION**

In this action, the plaintiff Hurley State Bank ("Hurley")
seeks to compel arbitration of claims embraced in a pending case
brought by the defendant Sharlene Taylor against Hurley in the
Circuit Court of Pickens County, Alabama.  In the Pickens County
action, Sharlene Taylor and John Taylor sued Hurley and Bobby Wayne
Weathers, d/b/a Solar Vision.  Weathers is a citizen of Alabama;
Hurley is domiciled in South Dakota.  The defendant has moved to
dismiss Hurley's complaint/petition.

Based on the reasoning of *Hurley State Bank v. Teresa
Jackson and Annie Jackson*, CV No. 2:97-0793-RV-S (S.D. Ala. Order
of 9/19/91), *Hurley State Bank v. Carla White*, CV-97-0666 (S.D.
Ala. Order of 8/5/91), *Hurley State Bank v. Joseph Morgan*, CV-97-
0625-AH-C (S.D. Ala. Order of 8/5/91), *TransSouth Financial Corp.
et al. v. Bell*, CV-96-T-1747-N (M.D. Ala. Order of 8/25/97), the
court ABSTAINS from exercising its jurisdiction in the premises.

4

Accordingly, by separate order, this action will be dismissed, without prejudice.

DONE this ___21st___ day of May, 1998.

_____
UNITED STATES DISTRICT JUDGE
U. W. CLEMON